# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

A.S.A.P. Fabrication, Inc.

                                  Plaintiff,

v.                                                     Case No.: 1:13–cv–09330
                                                         Honorable Robert W. Gettleman

City Store Gates Mfg. Corp., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2014:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 4/23/2014. This cause is dismissed with leave to reinstate on or before 5/28/2014. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.